UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-22210

ALEXANDER L. HERNANDEZ,

    Plaintiff,

v.

CITY OF OPA-LOCKA,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, CITY OF OPA-LOCKA ("City" or "Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, removes this action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida and states:

1. The Plaintiff, Alexander Hernandez ("Plaintiff"), sued the City in Counts I, II, III, IV, IX, X of his Complaint for purported race, color, and disability discrimination and retaliation through 42 U.S.C. § 1983, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Americans with Disabilities Act as Amended. See Plaintiff's Complaint, attached as **Exhibit 1**, pp. 4-10, 18-21. Included in the relief being sought are claims for attorney's fees and costs. Id. at ¶¶ 34, 41, 48, 107; see also "WHEREFORE" clauses of federal counts contained within Plaintiff's Complaint.

2. The Plaintiff's Complaint was served upon the City on May 15, 2018. See

**Exhibit 2**. The Complaint is the first pleading giving rise to a right to remove the instant action.

3. The City's Notice of Removal is being filed within 30 days after initial service of the Complaint upon the City on May 15, 2018, in compliance with 28 U.S.C. § 1446(b)(2)(B).

4. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because the Plaintiff's Complaint presents "federal questions" under 42 U.S.C. § 1983, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Americans with Disabilities Act as Amended. See Exhibit 1 at pp. 4-10, 18-21.

5. Pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1441(c), this action is properly removable to this Court.

6. Pursuant to 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over the Plaintiff's claims in Counts V, VI, VII, and VIII of the Complaint asserted under Florida law because those claims are all closely related to the claims asserted in Counts I, II, III, IV, IX and X, over which this Court has original jurisdiction, and because all of the Plaintiff's claims and counts form the same case and all involve the same alleged events, transactions, occurrences, and controversies. See Exhibit 1 at pp. 10-17.

7. A copy of the Plaintiff's Complaint is attached as **Exhibit 1**. A copy of the Summons served upon the City on May 15, 2018 is attached as **Exhibit 2**. Copies of all other papers filed with the Clerk of the Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida are attached as **Exhibit 3.**

8       Venue is proper in this Court because the alleged conduct occurred within the Southern District of Florida.

9.      The City has filed a notice of removal with the Clerk of the Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and has provided notice to the Plaintiff in accordance with 28 U.S.C. §1446(d).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **4th** day of June 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

*/s/ Christopher J. Stearns*
CHRISTOPHER J. STEARNS
Florida Bar No.: 557870
JONATHAN H. RAILEY
FLA. BAR NO. 111717
Attorneys for City of Opa Locka
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
Fax: 954-463-2444
stearns@jambg.com / blouin@jambg.com
railey@jambg.com/ fox@jambg.com

## SERVICE LIST

**Peter M. Hoogerwoerd, Esq.**
**Nathaly Lewis, Esq.**
**Michelle Muskus, Esq.,**
Remer & Georges-Pierre, PLLC
*Attorneys for Plaintiff*
44 West Flagler Street, Suite 2200
Miami, FL 33130
pmh@rgpattorneys.com
nl@rgpattorneys.com
mm@rgpattorneys.com

**Christopher J. Stearns, Esq.**
**Jonathan H. Railey, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
*Attorneys for City of Opa Locka*
2455 E. Sunrise Blvd., Suite 100
Fort Lauderdale, FL 33304
stearns@jambg.com
railey@jambg.com
blouin@jambg.com
fox@jambg.com